IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00325-RJC-DCK

| ANTHONY A. SHARP, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) ORDER |
| M. MILLER, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on an initial review of Plaintiff's *pro se* complaint and his motion to proceed *in forma pauperis*. See 28 U.S.C. § 1915(e).

In the complaint, Plaintiff alleges, among other things, that the defendants were negligent in treating and caring for his mother and that this contributed to her untimely death in March 2013. Plaintiff appears to note that there are multiple plaintiffs in his complaint but he only filed one motion to proceed *in forma pauperis*, which was completed by him, and he does not identify the addresses of any of the other plaintiffs although the complaint is signed by Plaintiff and Talisha Rogers whom he identifies as his sister.

**IT IS, THEREFORE, ORDERED** that Plaintiff must identify each of the plaintiffs that may be parties to this case and if there are additional plaintiffs, each plaintiff must sign the complaint and submit a motion to proceed *in forma pauperis* if they cannot pay the $400 filing fee.

**SO ORDERED.**

Signed: October 5, 2015

Robert J. Conrad, Jr.
United States District Judge