# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony A Sharp<br>Talisha M. Rogers**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00325-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| M. Miller<br>John Doe<br>John Doe**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2015 Order.

December 8, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court