# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony A Sharp**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00325-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| M. Miller | ) | |
| John Doe | | |
| Golden Living Center**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2016 Order.

May 23, 2016

_____

Frank G. Johns, Clerk
United States District Court